# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**ABDUL REHMAN ENTERPRISES,** *et al.,*<br><br>*Defendants.* | Case No.: 1:25-cv-2255-TWT |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff University of Georgia Athletic Association, Inc., by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. hai kou shi jin bin yue shang mao you xian gong si;

2. Ohomie-Official; and

3. TTONG Shop.

Dated: May 30, 2025.

    Respectfully submitted,
    THE SLADKUS LAW GROUP

    *s/ Carrie A. Hanlon*
    Carrie A. Hanlon
    Ga. Bar No. 289725
    E-mail: carrie@sladlaw.com

Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com
1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***