IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**ABDUL REHMAN ENTERPRISES,** *et al.,*<br><br>*Defendants.* | Case No.: 1:25-cv-2255-TWT |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff University of Georgia Athletic Association, Inc., by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. Bo billion ecommerce;
2. due895;
3. Picture Factory;
4. Smelly Cat Art DesignsCo;
5. uduannus; and
6. you18755you1.

1

Dated: June 15, 2025.

        Respectfully submitted,
        THE SLADKUS LAW GROUP

        *s/ Carrie A. Hanlon*
        Carrie A. Hanlon
        Ga. Bar No. 289725
        E-mail: carrie@sladlaw.com
        Jason H. Cooper
        Ga. Bar No. 778884
        E-mail: jason@sladlaw.com
        1397 Carroll Drive
        Atlanta, Georgia 30318
        Telephone: (404) 252-0900
        Facsimile: (404) 252-0970

        ***Attorneys for Plaintiff***