# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**ABDUL REHMAN ENTERPRISES,** *et al.,*<br><br>*Defendants.* | Case No.: 1:25-cv-2255-TWT |

## DECLARATION OF JASON H. COOPER

**I, JASON H. COOPER, DO HEREBY DECLARE:**

1. The following declaration is made on my personal knowledge and information as well as my review of relevant documents and, if called upon to do so, I could and would capably testify to the following facts set forth below.

2. I am an attorney duly authorized and licensed to practice law in the State of Georgia and am counsel of record for Plaintiff University of Georgia Athletic Association, Inc. in the above-captioned action.

3. As of the date of this declaration, all Defendants listed on Exhibit A have failed to plead or otherwise defend.

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2025

        THE SLADKUS LAW GROUP

        *s/ Jason H. Cooper*
        Jason H. Cooper
        Ga. Bar No. 778884
        E-mail: jason@sladlaw.com

        1397 Carroll Drive
        Atlanta, Georgia 30318
        Telephone: (404) 252-0900
        Facsimile: (404) 252-0970

# EXHIBIT A
# DEFENDANTS IN DEFAULT

| |
|---|
| ABDUL REHMAN ENTERPRISES |
| AeroCove |
| Aglee |
| Ahus little shop |
| ALIEX PREESS 017 Store |
| ALIEX PREESS B116 Store |
| ansiyao |
| Anthonys Boutique |
| Aojon Original |
| AP CURATED COUTURE |
| Baby World Clothing Store |
| Beautiful Style Store |
| Belirayuan |
| Bestoneone |
| BETTER SHOP V |
| Blanket Flying Man |
| Byer Jewelry Manufacturer Limited |
| caitututu |
| carpet three |
| Chanceuxx |
| chengban |
| Chenghu Hats |
| CHENZHISHUO |
| ChicHive Shop |
| Cirrinaa |
| Cloema Store |
| Cody clothing TH |
| Comfor Living |
| CRAFTIVE APPARELS |
| CSfashion Store |
| Custom Throw Pillow Store |
| Daisy Yuan |
| Delightful Present Depot |
| Distinctive Flags |
| DIY Bead 5 Store |
| DOGESHOP |

| |
|---|
| DOGGERR |
| Dongguan City Rainbow Sports Products Co., Ltd. |
| Dongguan Dongkeng Changguan Embroidery Factory |
| Dongguan Lin Wang Garment Accessory Co., Ltd. |
| Dongguan Source Group Clothing Co., Ltd. |
| Dongguan Sunshine Tin Box Co.,LTD. |
| Dongguan Weipin Cap Industry Co., Limited |
| Dongguan Xunxin Metal Products Co., Ltd. |
| duotabao Harley Potte |
| eeloveee |
| Especial For You |
| F home decor Store |
| FancyGifts Store |
| Fashion A Frontier Store |
| FAST GO IMPEX |
| FlyBuz Store |
| FOROLY FOX |
| Fujian Kaopu Commodity Co., Ltd. |
| Fuzhou Ai Pu Trading Co., Ltd. |
| Fuzhou Gulou District Yushengda Import And Export Co., Ltd. |
| Gaoyao Nanan Shun Hui Embroidery Factory |
| gapiao4 |
| GOKA No.3 Store |
| Guangzhou Baimou E-commerce Co., Ltd |
| Guangzhou Ian Garment And Accessory Co., Ltd. |
| Guangzhou Tentyard Furniture Co., Ltd. |
| Guangzhou Topwin Metal Accessories Ltd. |
| Guangzhou Xiangtengyun Paper & Plastic Products Co., Ltd. |
| Guangzhou Yuejuan Garment And Accessory Co., Ltd. |
| guangzhouxujiasha-0 |
| guangzhouzhaohuimaoyiyouxiangongsi |
| GUYBJJN skkaw cup |
| HADIYA NOOR HANDICRAFTS |
| Hand-made Refinement Store |
| HANDICRAFTS WORLD CORPORATION |
| Hangzhou Jinhong Imports And Exports Co., Ltd. |
| Hangzhou Sanhome Textile Co., Ltd. |
| heat decoration |
| HENYIDA AW |

| |
|---|
| Highend Custom Home Furnishing Store Store |
| Home Goods Home Textile Boutique Store |
| HS-Plastic Co., Ltd. |
| HUIYICHAOWU |
| Huizhou Findle Computer Embroidery Co., Ltd. |
| huizhoushifeisiyaxieyeyouxiangongsi |
| HUNTTING WEAR |
| inesss tumble |
| IRGREGJI hobbite |
| Ivan Trend |
| JeyBlanketCove |
| JHSG Stose Store |
| Ji'an Aili Arts Crafts Co., Ltd. |
| Jiangzihao blanket |
| Jiaxing Jinhua Accessories Co., Ltd. |
| jieshiyes local |
| Jinjiang Chenle Shoes And Garment Co., Ltd. |
| Jinjiang Chuzhi Trading Co.,Ltd. |
| Jinjiang City Chidian Town Zhangmingcheng Shoes And Hats Business Department |
| Jinjiang City Yashen Trading Co., Ltd. |
| Jinjiang Lilu Shoe Material Firm |
| Jinjiang Memine Supply Chain Management Co., Ltd. |
| JoyfulGiftCorner |
| key APT |
| Kunshan Frank Gifts Co., Ltd. |
| Kunshan King Gifts Manufacturer |
| Laumango Spin Exclusive Store |
| LELAOJI |
| Licheng District Lizhong Zhang Mingcheng Shoe And Clothing Business Department |
| LIN GOOD THINGS COLLECTION |
| LINEAF |
| Loom Drift |
| LoomoraXu |
| LOTM |
| Lu'an Mucheng Advertising Logo Co., Ltd. |
| Lycestyle |
| M/S M.D.HANDICRAFTS |

| |
|---|
| maoniguoji |
| March FF Shop |
| MARCO ENTERPRISES |
| marias22_eritie51 |
| Mengyuan Home Textile |
| MHAKA |
| MHK KK |
| ModaCraft |
| Modern Crew |
| Monodrama Store |
| Mosongg |
| Nanan Friends Gifts Factory |
| Nanan Happy Gifts Manufactory |
| NANENGNIAN |
| Nebula Enigma |
| Nice Mat You Like Store |
| NJHUY shop |
| Paipai Mall |
| Personalized decoration |
| PrimeSync |
| QEEIE CUP |
| qi xing business ornaments factory Store |
| Quanzhou City Licheng District Zhangxia Clothing Accessories Firm (individual Business) |
| Quanzhou Duokii Technology Co., Ltd |
| Quanzhou Huazhi Shengfang Crafts Co., Ltd. |
| Quanzhou Nsby E-Commerce Co., Ltd. |
| Racing Car Store |
| RichEx |
| RichMart |
| Rong blanket |
| Rust And Art |
| SAMMY WEARS |
| Sarlo |
| Satisfancy Store |
| Selection gift |
| SEQUISSENTIAL |
| Shanghai Juxinyu Textile Technology Co., Ltd. |
| SHAUYJCQ |

| |
|---|
| Shenzhen Broad Advertising Co., Ltd. |
| Shenzhen Jalsop Garment Co., Ltd. |
| Shenzhen Miya Trading Co., Ltd. |
| Shiny Momo |
| Shishi Ghost Trading Co., Ltd |
| Shishi Junxin Garment Accessories Co., Ltd. |
| Shop5869498 Store |
| Shop5873652 Store |
| Shop911076013 Store |
| Shop1102457262 Store |
| Shop1102963628 Store |
| Shop1103135214 Store |
| Shop1103675118 Store |
| Shop1103950187 Store |
| Shop1104034879 Store |
| Shop1104034880 Store |
| Shop1104071624 Store |
| Shop1104091924 Store |
| Shop1104096886 Store |
| Shop1104100216 Store |
| Shop1104102845 Store |
| Shop1104105853 Store |
| Shop1104108489 Store |
| Shop1104115905 Store |
| Shop1104121901 Store |
| Shop1104187677 Store |
| Shop1104189250 Store |
| Shop1104192620 Store |
| Shop1104194493 Store |
| Shop1104198393 Store |
| Shop1104204428 Store |
| Shop1104250039 Store |
| Shop1104269575 Store |
| Shop1104305411 Store |
| Shop1104308102 Store |
| Shop1104308793 Store |
| Shop1104631769 Store |
| Shop1104650957 Store |
| Shop1104701865 Store |

| |
|---|
| Shop1104702292 Store |
| Shop1104752254 Store |
| Sichuan Chendang Technology Co., Ltd. |
| Skyline cup |
| SnuggleTide |
| Sparkling Cups |
| SPELLEE |
| Stay ReaER |
| StyleSkins |
| StyleSphere cup |
| TailorTrove |
| TAOYOUTANG |
| TeeNova |
| TMSPING |
| UnitTBase |
| Vanvene |
| VogueSleevesVillaZL |
| Wave Picks A |
| WaveWoven |
| WaysleL |
| WTY FT |
| WTY WOMEN |
| wyfaaaa |
| XuanDeCustom Store |
| xubaojiafang |
| xujia3 |
| Yaho Blankets |
| Yangchun Qicheng Arts And Crafts Factory |
| YAOCozyNest |
| Yiwu Baoju Jewelry Co., Ltd. |
| Yiwu Diechang Jewelry Co., Ltd. |
| Yiwu Fuxi Trading Co., Ltd |
| Yiwu Huijie Trading Co., Ltd. |
| Yiwu Jing Lan Art & Crafts Co., Ltd. |
| Yiwu Liqin Trading Co., Ltd. |
| Yiwu Maxine Trading Co., Ltd. |
| Yiwu May Star International Trading Co., Ltd. |
| Yiwu Ouna Import And Export Co., Ltd. |
| Yiwu Puzhang Jewelry Co., Ltd. |

| |
|---|
| Yiwu Sc Stainless Steel Products Co., Ltd |
| Yiwu Sidan E-Commerce Co., Ltd. |
| Yiwu Xirui Trade Co., Ltd. |
| Yiwu Yawoo Clothing Co., Ltd. |
| Yiwu Yibu Import & Export Co., Ltd. |
| Yiwu Zhiyue Trade Co., Ltd. |
| Yohi DE |
| Yongkang Stwadd Houseware Co., Ltd. |
| Youth Station Store |
| yuezi2 |
| yuntend21 |
| yuuyoo |
| ZGZjiafang |
| Zhejiang Weiyi Trade Co., Ltd. |
| Zhongshan F&t Crafts Manufacturer |
| Zhongshan Hugo Way Gift Co., Ltd. |
| ZTQW Snow Prince |